

FILED
CLERK, U.S. DISTRICT COURT

MAR 16 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>JOSHUA DANIEL PRIEST,<br>    a/k/a "Joshua Daniel Priest-Peltier,"<br>    a/k/a "Joshua Daniel Peltier,"<br>    Defendant. | **WARRANT FOR ARREST<br>ON COMPLAINT**<br><br>CASE NO.: 8:22-mj-00199-DUTY |
|---|---|

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest  JOSHUA DANIEL PRIEST, also known as "Joshua Daniel Priest-Peltier" and "Joshua Daniel Peltier" , and bring him forthwith to the nearest United States Magistrate Judge to answer a complaint charging him with  Felon in Possession of Firearm and Ammunition , in violation of Title 18, United States Code, Section 922(g)(1).

REC:  Detention
[By AUSA Robert J. Keenan]

March 14, 2022                                     DOUGLAS F. McCORMICK
Date                                               United States Magistrate Judge

                                                   **DOUGLAS F. McCORMICK**
                                                   Signature of U.S. Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): Theo Lacy - Orange California |
| DATE RECEIVED: 3/15/22 — NAME AND TITLE OF ARRESTING OFFICER: Mich Burnett Special Agent — SIGNATURE OF ARRESTING OFFICER: [signature]<br>DATE OF ARREST: 3/16/22 |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

AUSA: R. Keenan (714) 338-3597    WARRANT FOR ARREST ON COMPLAINT                Page 1 of 2