```
                                    F I L E D
                              CLERK, U.S. DISTRICT COURT

                                    3/30/2022

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY: _____DTA_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>JOSHUA DANIEL PRIEST,<br>  aka "Joshua Daniel Priest-<br>    Peltier,"<br>  aka "Joshua Daniel Peltier,"<br>  aka "Wreckless,"<br><br>              Defendant. | No. 8:22-cr-00033-DOC<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(B)(viii), (b)(1)(C):<br>Distribution and Possession with<br>Intent to Distribute<br>Methamphetamine and Fentanyl;<br>18 U.S.C. § 922(g)(1): Felon in<br>Possession of a Firearm and<br>Ammunition; 21 U.S.C. § 853,<br>18 U.S.C. § 924(d)(1), 28 U.S.C.<br>§ 2461(c): Criminal Forfeiture] |

     The Grand Jury charges:

                            COUNT ONE

           [21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

     On or about August 12, 2021, in Orange County, within the

Central District of California, defendant JOSHUA DANIEL PRIEST, also

known as ("aka") "Joshua Daniel Priest-Peltier," aka "Joshua Daniel

Peltier," aka "Wreckless" knowingly and intentionally possessed with

intent to distribute at least five grams, that is, approximately 41.6 grams, of methamphetamine, a Schedule II controlled substance.

1  COUNT TWO

2  [21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

3       On or about August 12, 2021, in Orange County, within the

4  Central District of California, defendant JOSHUA DANIEL PRIEST, also

5  known as ("aka") "Joshua Daniel Priest-Peltier," aka "Joshua Daniel

6  Peltier," aka "Wreckless, knowingly and intentionally possessed with

7  intent to distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

8  propanamide (also known as "fentanyl"), a Schedule II narcotic drug

9  controlled substance.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 9, 2021, in Orange County, within the Central District of California, defendant JOSHUA DANIEL PRIEST, also known as ("aka") "Joshua Daniel Priest-Peltier," aka "Joshua Daniel Peltier," aka "Wreckless," knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (also known as "fentanyl"), a Schedule II narcotic drug controlled substance.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 16, 2021, in Orange County, within the Central District of California, defendant JOSHUA DANIEL PRIEST, also known as ("aka") "Joshua Daniel Priest-Peltier," aka "Joshua Daniel Peltier," aka "Wreckless," knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 16, 2021, in Orange County, within the Central District of California, defendant JOSHUA DANIEL PRIEST, also known as ("aka") "Joshua Daniel Priest-Peltier," aka "Joshua Daniel Peltier," aka "Wreckless," knowingly and intentionally possessed with intent to distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (also known as "fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 30, 2021, in Orange County, within the Central District of California, defendant JOSHUA DANIEL PRIEST, also known as ("aka") "Joshua Daniel Priest-Peltier," aka "Joshua Daniel Peltier," aka "Wreckless," knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (also known as "fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT SEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about January 31, 2022, in Orange County, within the Central District of California, defendant JOSHUA DANIEL PRIEST, also known as ("aka") "Joshua Daniel Priest-Peltier," aka "Joshua Daniel Peltier," aka "Wreckless," knowingly and intentionally possessed with intent to distribute at least five grams, that is, approximately 26.4 grams, of methamphetamine, a Schedule II controlled substance.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT EIGHT

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about January 31, 2022, in Orange County, within the Central District of California, defendant JOSHUA DANIEL PRIEST, also known as ("aka") "Joshua Daniel Priest-Peltier," aka "Joshua Daniel Peltier," aka "Wreckless," knowingly and intentionally possessed with intent to distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (also known as "fentanyl"), a Schedule II narcotic drug controlled substance.

1

COUNT NINE

2

[18 U.S.C. § 922(g)(1)]

3      On or about January 31, 2022, in Orange County, within the

4 Central District of California, defendant JOSHUA DANIEL PRIEST, also

5 known as ("aka") "Joshua Daniel Priest-Peltier," aka "Joshua Daniel

6 Peltier," aka "Wreckless," knowingly possessed a firearm, namely, a

7 Springfield Armory, model XDS-9, 9mm semiautomatic pistol, bearing

8 serial number S3949572, and ammunition, namely, four rounds of CBC

9 Global 9mm ammunition and two rounds of Remington 9mm Luger

10 ammunition, each in and affecting interstate and foreign commerce.

11      Defendant PRIEST possessed such firearm and ammunition knowing

12 that he had previously been convicted of at least one of the

13 following felony crimes, each punishable by a term of imprisonment

14 exceeding one year:

15      1.  Grand Theft, in violation of California Penal Code Section

16 487(a), in the Superior Court for the State of California, County of

17 Orange, Case No. 09HF1015, on or about August 3, 2009;

18      2.  Vandalism: Damaging Property with Graffiti, in violation of

19 California Penal Code Sections 594(a), (b)(1), in the Superior Court

20 for the State of California, County of Orange, Case No. 16CF3031, on

21 or about December 2, 2016;

22      3.  Transportation of Controlled Substance for Sale, in

23 violation of California Health & Safety Code Section 11379(a), and

24 Possession of Controlled Substance for Sale, in violation of

25 California Health & Safety Code Section 11378, in the Superior Court

26 for the State of California, County of Orange, Case No. 17CF0787, on

27 or about June 26, 2018;

28

4.    Possession of Controlled Substance for Sale, in violation of California Health & Safety Code Section 11351, and Possession of Controlled Substance for Sale, in violation of California Health & Safety Code Section 11378, in the Superior Court for the State of California, County of Orange, Case No. 17CF2671, on or about June 26, 2018;

5.    Possession of Controlled Substance for Sale, in violation of California Health & Safety Code Section 11351, and Sale or Transportation of Controlled Substance, in violation of California Health & Safety Code Section 11352(a), in the Superior Court for the State of California, County of Orange, Case No. 19WF1351, on or about June 18, 2020;

6.    Possession of Controlled Substance for Sale, in violation of California Health & Safety Code Section 11351, and Possession of Controlled Substance for Sale, in violation of California Health & Safety Code Section 11378, in the Superior Court for the State of California, County of Orange, Case No. 19WF2623, on or about June 18, 2020; and

7.    First Degree Residential Burglary, in violation of California Penal Code Sections 459, 460(a), and Possession of Controlled Substance with Firearm, in violation of California Health & Safety Code Section 11370.1(a), in the Superior Court for the State of California, County of Orange, Case No. 20CF0725, on or about June 18, 2020.

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853; 18 U.S.C. § 924; 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of any of the offenses set forth in Counts One through Eight of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)    All right, title, and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such offense;

(b)    All right, title, and interest in any firearm or ammunition involved in or used in any such offense, including but not limited to the following:

i.    one Springfield Armory, model XDS-9, 9mm semiautomatic pistol, bearing serial number S3949572; and

ii.    six rounds of 9mm ammunition.

(c)    To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.    Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be

located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

1    FORFEITURE ALLEGATION TWO

2    [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

3    1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal

4    Procedure, notice is hereby given that the United States of America

5    will seek forfeiture as part of any sentence, pursuant to Title 18,

6    United States Code, Section 924(d)(1), and Title 28, United States

7    Code, Section 2461(c), in the event of the defendant's conviction of

8    the offense set forth in Count Nine of this Indictment.

9    2.    The defendant, if so convicted, shall forfeit to the United

10   States of America the following:

11   (a)    All right, title, and interest in any firearm or

12   ammunition involved in or used in the offense, including but not

13   limited to the following:

14   i.    one Springfield Armory, model XDS-9, 9mm

15   semiautomatic pistol, bearing serial number S3949572; and

16   ii.    six rounds of 9mm ammunition.

17   (b)    To the extent such property is not available for

18   forfeiture, a sum of money equal to the total value of the property

19   described in subparagraph (a).

20   3.    Pursuant to Title 21, United States Code, Section 853(p),

21   as incorporated by Title 28, United States Code, Section 2461(c), the

22   defendants, if so convicted, shall forfeit substitute property, up to

23   the value of the property described in the preceding paragraph if, as

24   the result of any act or omission of the defendants, the property

25   described in the preceding paragraph or any portion thereof:

26   (a) cannot be located upon the exercise of due diligence; (b) has

27   been transferred or sold to, or deposited with, a third party;

28   (c) has been placed beyond the jurisdiction of the court; (d) has

14

1    been substantially diminished in value; or (e) has been commingled

2    with other property that cannot be divided without difficulty.

3

4                        A TRUE BILL

5

6                        Foreperson

7    TRACY L. WILKISON
      United States Attorney

8

9

10   SCOTT M. GARRINGER
     Assistant United States Attorney
11   Chief, Criminal Division

12   BENJAMIN R. BARRON
     Assistant United States Attorney
13   Chief, Santa Ana Branch Office

14   JENNIFER L. WAIER
     Assistant United States Attorney
15   Deputy Chief, Santa Ana Branch Office

16   ROBERT J. KEENAN
     Assistant United States Attorney
17   Santa Ana Branch Office

18

19

20

21

22

23

24

25

26

27

28