## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SA CR 22-00033-DOC |
| Date | January 30, 2023 |

Present: The Honorable **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Interpreter: n/a

| Karlen Dubon | Deborah Parker | Rob Keenan |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) JOSHUA DANIEL PRIEST | X | X | | Meghan Blanco | X | | X |

**PROCEEDINGS:    CHANGE OF PLEA**

X   Defendant moves to change plea to the Indictment.

X   Defendant enters new and different plea of GUILTY to Counts 1-9 of the Indictment.

X   Defendant sworn and the Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and preparation of the pre-sentence report and the matter is continued to **April 17, 2023, at 7:30 AM** for sentencing.

X   Other: The Court vacates the trial date of February 21, 2023.

00 : 27

Initials of Deputy Clerk   kdu

**cc: USPPO**